Entered on Docket
October 30, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed October 29, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

John W. Ulrich,

       Debtor.

No. 15-42813

Chapter 7

**MEMORANDUM RE DEBTOR'S MOTION TO DISMISS CASE**

On October 27, 2015, Debtor filed a document with the court requesting that the case be dismissed (Doc. 14). The document does not indicate whether Debtor served the request for dismissal on any creditors, the Chapter 7 Trustee, or the United States Trustee. In order to dismiss the case Debtor must serve all creditors, the Chapter 7 Trustee, and the United States Trustee. *See* F.R.B.P. 1017(a) and 2002.

                    **End of Order**

**COURT SERVICE LIST**

John W Ulrich
10 Moss Ave #10
Oakland, CA 94610